JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BENERITO F. GABALDON,<br><br>          Petitioner,<br><br>     v.<br><br>J. PICKETT, Warden,<br><br>          Respondent. | No. ED CV 21-185-DSF (PLA)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 23, 2021

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE